AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

## Return

| Case No.: 22-122M | Date and time warrant executed: 4-13-2022 3:54 PM | Copy of warrant and inventory left with: ▮▮▮▮▮ |
|---|---|---|

Inventory made in the presence of: Email Response

Inventory of the property taken and name(s) of any person(s) seized:

Apple Returned an email containing an encrypted file of icloud content on April 20, 2022 at 11:18 AM

*received via email 4/20/22 CP*

**FILED**
APR 20 2022
US DISTRICT COURT
DISTRICT OF DELAWARE

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 4-20-22

_____
Executing officer's signature

Charles A. Neigle Jr.
Printed name and title